COM.

v.

**HARRIS, D.**

**3638 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0603681–2005 (Philadelphia)

Affirmed

COM.

v.

**PEARSON, A.**

**3661 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0006686–2014 (Philadelphia)

Affirmed/Vacated

COM.

v.

**BILLUPS, C.**

**242 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0014851–2013 (Philadelphia)

Reversed

COM.

v.

**OREE, J.**

**426 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0000859–2014 (Philadelphia)

Vacated/Affirmed

COM.

v.

**BERTRAND, R.**

**504 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–23–CR–0003033–2014 (Delaware)

Affirmed

COM.

v.

**HOOKER, S.**

**643 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0001279–2007 (Philadelphia)

Vacated/Remanded